# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

Rehearing No. 568

7 April 2010

139396

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

ROBERTO MARCHELLO DUPREE,
        Defendant-Appellee.

SC: 139396
COA: 281408
Wayne CC: 06-008543-01

_____

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2010

Clerk